UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kathleen Ronning-Schimetz,<br><br>                  Plaintiff,<br><br>   vs.<br><br>North Dakota Office of the Adjutant General, Clark V. Johnson, in his individual capacity, and Stephen P. Herda, in his individual capacity,<br><br>                  Defendants. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Case No. 1:25-cv-00023 |

[¶1]    Pursuant to Fed. R. Civ. P. 6(b), Defendants North Dakota Office of the Adjutant General and Stephen Herda ("State Defendants") request an extension of time to answer Plaintiff Kathleen Ronning-Schimetz's Complaint. *See* Doc. No. 1. Plaintiff's Complaint was served on State Defendants on February 6, 2025. Doc. Nos. 5, 6. State Defendants' Answer is currently due on February 27, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). State Defendants now request until **April 11, 2025**, to file their Answer.

[¶2]    Good cause exists to grant this motion, which is not made for the purposes of delay. By State Defendants' calculation, the Answer of the remaining Defendant, Clark Johnson, will be due on April 11, 2025, because he was served on February 10, 2025 and he is a federal employee. *See* Fed. R. Civ. P. 12(a)(2). State Defendants would benefit from additional time to prepare their Answer, and submit that this matter would be streamlined if all Answers are due on the same day. State Defendants accordingly request an extension of time until **April 11, 2025**, to file their Answer. Undersigned counsel consulted with counsel for the Plaintiff, who do not oppose this request. For all of these reasons, State Defendants respectfully request that the Court grant their motion.

Dated this 26th day of February, 2025.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

By:    /s/ Courtney R. Titus
        Assistant Attorney General
        State Bar ID No. 08810
        Office of Attorney General
        Email ctitus@nd.gov

        /s/ Jane G. Sportiello
        Assistant Attorney General
        State Bar ID No. 08900
        Office of Attorney General
        500 North 9th Street
        Bismarck, ND 58501-4509
        Telephone (701) 328-3640
        Facsimile (701) 328-4300
        Email jsportiello@nd.gov

Attorneys for Defendants North Dakota Office of the Adjutant General and Stephen Herda.