UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kathleen Ronning-Schimetz,<br><br>                Plaintiff,<br><br>  vs.<br><br>North Dakota Office of the Adjutant General, Clark V. Johnson, in his individual capacity, and Stephen P. Herda, in his individual capacity,<br><br>                Defendants. | **MEMORANDUM IN SUPPORT OF STATE DEFENDANTS' MOTION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**Case No. 1:25-cv-00023** |

[¶1] For the reasons set forth here, State Defendants respectfully request that this Court continue the scheduling conference currently set for May 13, 2025 at 9:00 am. *See* Doc. No. 17.

[¶2] The complaint in this matter sets forth claims against three defendants: the North Dakota Office of the Adjutant General ("OTAG"), Clark V. Johnson, in his individual capacity, and Stephen P. Herda, in his individual capacity. Of these three defendants, two are represented by the State of North Dakota in this matter: OTAG, a North Dakota agency, and Herda, a North Dakota state employee sued in his individual capacity. State Defendants filed their answer on April 11, 2025. *See* Doc. No. 16.

[¶3] The remaining defendant, Clark Johnson, is not a state employee and is not represented by the undersigned. Rather, he is a federal employee.[1] All counsel in this matter were recently contacted by an Assistant United States Attorney for the District of North Dakota, who likewise asserted that Johnson is a federal employee.

[¶4] Plaintiff served Johnson personally on February 11, 2025 (Doc. No. 7). However, the United States was only served today. (Doc. No. 18). As such, Johnson's answer is due on June 16, 2025. *Id.*

---

[1] The State Defendants sought and received leave to file their answer on April 11 based on their understanding that Johnson was a federal employee. *See* Doc. No. 10 (setting forth calculation that Johnson would have 60 days to answer because he was a federal employee).

[¶5] Therefore, State Defendants respectfully request that the scheduling conference be continued and reset after Johnson answers or otherwise responds. While the State certainly agrees that delays should be avoided whenever possible, the practical implications of proceeding with a scheduling conference here, when only two of the three Defendants have answered, weigh in favor of a continuance. Presumably, the Court could hold two scheduling conferences and enter two sets of scheduling deadlines – one set of deadlines for State Defendants and one set for Johnson – but this would prove complicated as the litigation proceeds. This is particularly true because the allegations against State Defendants and Johnson occurred in the same factual setting, and so there will likely be significant discovery overlap. Further, Johnson is currently unrepresented. It is the undersigned's understanding that the DOJ is deciding whether he will receive representation through their office. According to Rule 26(f)(1), which requires that the parties confer 21 days in advance of the Rule 16(b) conference, the parties must meet and confer by this upcoming Monday, April 21. Forcing Johnson to participate in this process *pro se* will present further logistical challenges, particularly if he eventually obtains counsel (either through the DOJ or otherwise) before his answer is due on June 16, 2025. The entry of a scheduling order before Johnson is represented, and without the benefit of his counsel's input, would only result in more delays later in the litigation.

[¶6] In summary, State Defendants acknowledge that moving forward with the case as efficiently as possible should be the parties' goal. Under these unusual circumstances, this goal would be best accomplished by resetting the scheduling conference.

Dated this 15th day of April, 2025.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

By:   /s/ Jane G. Sportiello
       Assistant Attorney General
       State Bar ID No. 08900
       Office of Attorney General
       500 North 9th Street
       Bismarck, ND 58501-4509
       Telephone (701) 328-3640
       Facsimile (701) 328-4300
       Email jsportiello@nd.gov

Attorneys for Defendants North Dakota Office of the Adjutant General and Stephen Herda.