UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kathleen Ronning-Schimetz, | |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| North Dakota Office of the Adjutant General, Clark V. Johnson, in his individual capacity, and Stephen P. Herda, in his individual capacity, | **Case No. 1:25-cv-00023** |
| Defendants. | |

[¶1]    PLEASE TAKE NOTICE that the undersigned assistant attorney general will be serving

as an attorney of record for Defendants North Dakota Office of the Adjutant General and Stephen

Herda. Please serve all future documents on the undersigned attorney at the addresses below.

Dated this 12th day of September, 2025.

State of North Dakota
Drew H. Wrigley
Attorney General


By:    /s/  Austin H. Artz
Austin H. Artz
Assistant Attorney General
State Bar ID No. 09708
Office of Attorney General
500 North 9th Street
Bismarck, ND  58501-4509
Telephone (701) 328-3640
Email aartz@nd.gov

Attorneys for Defendants North Dakota Office of the
Adjutant General and Stephen Herda.