UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kathleen Ronning-Schimetz,<br><br>    Plaintiff,<br><br>vs.<br><br>North Dakota Office of the Adjutant General, Clark V. Johnson, in his individual capacity, and Stephen P. Herda, in his individual capacity,<br><br>    Defendants. | **STIPULATED MOTION FOR PROTECTIVE ORDER**<br><br>Case No. 1:25-cv-00023 |

## INTRODUCTION

[¶1] Pursuant to Rule 26(c), of the Federal Rules of Civil Procedure, the Court's inherent authority, paragraph 2(d) of the Scheduling Order (ECF No. 27) entered in this case, and pursuant to other applicable law or rule, the Plaintiff Kathleen Ronning-Schimetz ("Plaintiff"), by and through her counsel of record, and Defendants North Dakota Office of the Adjutant General, Clark V. Johnson, and Stephen P. Herda (collectively "Defendants"), by and through their respective counsel of record, make the following Stipulated Motion for Protective Order requesting the Court enter a protective order in this case to disclose confidential information in designated ways only.

[¶2] This motion is supported by the attached proposed Stipulation for Protective Order, filed herewith as Exhibit A, as well as all other materials on file with the Court.

[¶3] The Plaintiff and Defendants respectfully request the Court issue a Protective Order adopting the terms of the proposed Stipulation for Protective Order (Ex. A).

– **Signature page follows** –

Dated this 3rd day of October, 2025.

        NICHOLS KASTER, PLLP

        By:    /s/ Steven Andrew Smith
               Steven Andrew Smith
               MN Bar ID No. 260836
               80 South Eighth Street, Suite 4700
               Minneapolis, MN 55402
               Telephone: (612) 256-3200
               Fax: (612) 338-4878
               Email smith@nka.com

        By:    /s/ Riley Palmer
               Riley Palmer
               MN Bar ID No. 504224
               80 South Eighth Street, Suite 4700
               Minneapolis, MN 55402
               Telephone: (612) 256-3200
               Fax: (612) 338-4878
               Email rpalmer@nka.com

Attorneys for Plaintiff.

Dated this 3rd day of October, 2025.

        PEARCE DURICK PLLC

        By:    /s/ Zachary E. Pelham
               Zachary E. Pelham
               State Bar ID No. 05904
               314 East Thayer Ave.
               Bismarck, ND 58501
               Telephone: (701) 223-2890
               Email zep@pearce-durick.com

Attorney for Defendant Clark V. Johnson.

Dated this 3rd day of October, 2025.

                          State of North Dakota
                          Drew H. Wrigley
                          Attorney General

                        By:     /s/ Courtney R. Titus
                                 Assistant Attorney General
                                 State Bar ID No. 08810
                                 Office of Attorney General
                                 500 North 9th Street
                                 Email ctitus@nd.gov

                        By:     /s/ Austin H. Artz
                                 Austin H. Artz
                                 Assistant Attorney General
                                 State Bar ID No. 09708
                                 Office of Attorney General
                                 500 North 9th Street
                                 Bismarck, ND 58501-4509
                                 Telephone (701) 328-3640
                                 Email aartz@nd.gov

Attorneys for Defendants North Dakota Office of the Adjutant General and Stephen Herda.