**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

---

Kathleen Ronning-Schimetz,                    Court File No. 1:25-cv-00023 DMT/CRH

                    Plaintiff,

    v.

North Dakota Office of the Adjutant
General; Clark V. Johnson, *in his
individual capacity*; and Stephen P.
Herda, *in his individual capacity*,

                    Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND DEADLINES IN
SCHEDULING ORDER**

---

Plaintiff, Kathleen Ronning-Schimetz, by and through her attorneys, respectfully

moves this Court to extend the deadlines in the Court's Scheduling/Discovery Plan (Dkt.

27) for good cause as set forth as follows:

    1.    The Court's Scheduling/Discovery Plan sets out the following deadlines:

      a. Fact Discovery (completed by): July 1, 2026
      b. Motion to Amend to Plead Punitive Damages (filed by): May 1, 2026
      c. Nondispositive Motions (filed by): July 13, 2026

(Dkt. 27.)

    2.    Counsel for the parties have been working cooperatively to exchange written

discovery and documents.

    3.    The parties have not yet taken depositions.

1

4.    Counsel for the parties have met and conferred regarding the need for additional time in this matter.

5.    Due to the number of depositions to be taken in this matter, as well as Plaintiff's counsel's schedule, the parties agree that additional time is needed to conduct depositions, which impacts other scheduled deadlines.

6.    Therefore, Plaintiff seeks to extend the current deadlines as follows:

   a.  Fact Discovery (completed by): August 21, 2026
   b.  Motion to Amend to Plead Punitive Damages (filed by): July 20, 2026
   c.  Nondispositive Motions (filed by): September 4, 2026

7.    The deadlines for expert reports and depositions, dispositive motions, and trial shall remain as currently set in the Court's Scheduling/Discovery Plan.

8.    Defendants do not oppose this Motion.

9.    Plaintiff believes these extensions are necessary to the "just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1.

Accordingly, Plaintiff respectfully requests the Court to enter an order amending the Scheduling/Discovery Plan and adopting the deadlines as proposed above.

Dated:  April 24, 2026                  NICHOLS KASTER, PLLP

                                        */s/ Riley Palmer*
                                        Steven Andrew Smith (MN# 260836)
                                            smith@nka.com
                                        Riley Palmer (MN# 504224)
                                            rpalmer@nka.com
                                        80 South Eighth Street, Suite 4700
                                        Minneapolis, MN 55402
                                        Telephone: (612) 256-3200
                                        Fax: (612) 338-4878

                                        ATTORNEYS FOR PLAINTIFF

2