EXHIBIT
D

**Kellington, Thomas**

**From:** Boardman, Mary Elizabeth NFG NG OKARNG (USA) <mary.e.boardman.nfg@army.mil>
**Sent:** Tuesday, October 13, 2026 12:50 PM
**To:** Kellington, Thomas
**Cc:** Mary Boardman
**Subject:** Request for Documentation - Mary Boardman
**Attachments:** Mary Boardman - Steve Herda Coorespondence 2021.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Completed

You don't often get email from mary.e.boardman.nfg@army.mil. Learn why this is important

***** **CAUTION:** This email originated from an outside source. Do not click links or open attachments unless you know they are safe. *****

Dar Mr. Kellington,

Please find the enclosed documentation – correspondence between myself – Mary Boardman – and Steve Herda. I am still trying to find anymore documentation between myself and Katie Schmitz, but I had not saved much of our Facebook correspondence, as I had no idea it would ever be necessary to save. Thank you.

Mary Boardman
Budget Analyst II / ETSS
Oklahoma Military Department – Environmental Mgmt. Branch
3515 NE Military Circle
Oklahoma City, OK 73111
572-247-5363