EXHIBIT
E

**Facebook Correspondence Mary Boardman – Katie Schmitz**

**7/23/24, 6:27 PM**

**got some big nuts for ya. Heh heh heh**

**8/6/24, 3:56 PM**

**Kathleen**

**Mary!!!! Happy Birthday Milady!!! I love you so much and haven't talked to you since tax season began. Where has time gone? I miss you my lovey.**

**Kathleen Diane**

**8/6/24, 4:59 PM**

**You sent**

**Thank you darling! Any news on the whole legal front?**

**8/6/24, 5:22 PM**

**Kathleen**

**Just that The eeoc is finalizing a recommendation they hope to have approved by September.**

**What are you hoping for prezzies for you birthday (month) ?!?!**

**8/6/24, 10:42 PM**

**You sent**

**Armando got me an Apple watch. Big surprise**

**8/7/24, 8:34 AM**

**Kathleen**

**You are so beautiful ❤️**

**8/7/24, 9:00 AM**

**Kathleen**

**I have prezzies coming to you from Uncommon Goods, my lovey! Watch for a package! I'm sorry I'm so late 😘😘😘😘**

**8/7/24, 2:41 PM**

**You sent**

**Oh thank you honey bunny**

Thank you so much dear heart This mermaid loves her prezzie!!!!

**You're so welcome birthday girl? Did you get the coffee and sweets too?**

**8/12/24, 11:05 PM**

**You sent**

**Yes! Love em. Bourbon coffee beans. Yummy**

**Check your email. I think this is good news. Still at native naturals email addy?**

**I feel validated!!!**

**9/12/24, 5:15 PM**

**You sent**

**I haven't seen your email. What is your email address? Did you settle? What happened?**

**You sent**

**I did a search for Schimetz but nothing recent popped up.**

**Send to maryeboardman@gmail.com**

**Kathleen**

**Ok. Just sec**

**You sent**

**Next Wednesday I fly to Italy**

**Kathleen**

**Ok. Sent.**

**You sent**

**Oh…. And I just applied today for the Oklahoma National Guard ETSS position!!!!! I still have you as a reference**

**Katie, do you happen to have the final report that Steve Herda would have read? So I know what he knows that I said. Here I am about to interview next week for the ETSS Budget analyst position and I know Terry Hale and Herda were friends.**

**10/10/24, 7:00 PM**

**No. I don't have any reports unfortunately. I will need to file a FOIA. I don't believe anything you may have said should've reached him. He's a pig and you did nothing wrong. Anyone who's 'friends' with that man knows he's a pig and anyone that knows you knows you're a good person. You don't have to worry.**

**10/10/24, 11:31 PM**

**I was told by Ken Wangler that Steve read the transcripts of all of our interviews**

**I am so scared of him blocking me in this new job opportunity**

**Kathleen**

**If he does, that's retaliation. Like he did to me!**

**10/12/24, 11:55 AM**

**Kathleen**

**I got the most beautiful postcard today! ❤️❤️❤️**

**Thank you, my lovey 😘**

**10/12/24, 12:33 PM**

**You sent**

**XO**

**10/16/24, 7:53 AM**

**Kathleen**

**I filed FOIA requests for the investigation docs. Also let EEOC know that a witness is worried about retaliation in job seeking. I've got you covered if that fucker fucks with you. 💋**

**10/16/24, 3:17 PM**

**Kathleen**

**I'm furious that he was allowed to read any witness stuff and livid that he's discussing shit with Ken. Just like he did with Nancy's case to me.**

**10/16/24, 4:06 PM**

**You sent**

**Ken said that he was very angry. And still is obsessing over things.**

**10/16/24, 4:45 PM**

**Dude needs mental health help. Truly**

He's gonna snap. I warned em.

Leadership there failed all of us. Not just me. The man is scary and a narcissist. They know it and knew it for a loong time.

Not a safe place. For any female.

But you knew how to handle it better than me. 😢

10/17/24, 1:07 PM

Kathleen

If Ken was a good leader, he'd shut that freak down when he's spewing his hate, misogyny and threats. But I don't think Ken has that forethought nor the balls. He'd better be careful too, for allowing this to continue. The Leadership is who I'm going after in my lawsuit. Fuck yes I'm gonna sue. They allow that freak to poison, sexually harass and threaten their workers. Shame on them and shame on Ken for allowing it to continue and spreading that fear onto you rather than shutting that motherfucker up. Steve's own words and behaviors and threats caused this upon himself . But narcissists are unable to take true accountability. He doesn't belong in any work environment with other humans. You and I did nothing wrong.

10/17/24, 4:07 PM

You sent

Ken just retired last month, by the way.

10/28/24, 1:20 PM

You sent

I interviewed for the ETSS job with the Oklahoma National Guard. They are going to be calling you as a reference this week

Glowing references will be forthcoming!!!!! Good luck honey

10/28/24, 2:30 PM

Kathleen

Girl! That dude is so excited to get you!!!! I'm so happy for you!!!!

Just got off the phone with him.

10/28/24, 2:56 PM

You sent

Oh wonderful!!!!

I have wanted to work there for ages!

You sent

What sorts of things did he ask you?

Kathleen

What you were like (sunny, happy, uplifting). What were your strengths (organization, volunteering to help others). Why did you leave (mama passed and you moved back toward family). He had already spoken with Ken and got same info there. Both of us said how you were a champion at making folks feel great. He was relieved cuz his last Etss was toxic as hell. He hopes you can start Dec 1.

Kathleen

😀😀😀

10/28/24, 4:11 PM

You sent

Oh thank you Katie. I love and miss you so much!

Kathleen

Same, Milady!!! And I told your new boss that very thing about you too 😘💋

10/31/24, 7:22 PM

You sent

Happy Halloween Milady

1/18/25, 8:58 PM

You sent

Peaches ‘n Diesel

1/20/25, 11:33 AM

You sent

I just dug out my Katie and Mary matching sweater. Thinking of you this wonderful horrible day

Kathleen

I wore mine last Thursday! Missing you.... 😘😘😘😘

1/20/25, 3:59 PM

You sent

Ha ha ha. Miss you baby!

1/25/25, 12:02 PM

Kathleen

Carefree Celebration

1/29/25, 10:35 PM

You sent

Love you

2/14/25, 5:23 PM

You sent

Happy Valentines Day my sweetheart

2/14/25, 9:05 PM

You sent

8/25/25, 11:54 AM

You sent

Honest 2 Betsy

**The 1930s were the most unhinged decade for music. Cliff Edwards, I'm Going to Give it to Mary with Love. #vintage #1930s**

**10/13/25, 6:26 PM**

**You sent**

**Could you do me a huge favor? Please accept my invite so that I can get free gifts**

**Come and join me now!**

**10/13/25, 6:47 PM**

**Kathleen**

**Girlfriend is this real?**

**10/15/25, 12:37 PM**

**You sent**

**Yeah never mind. I play this little farmland game**

**10/15/25, 2:57 PM**

**Kathleen**

**Is it like the old Garland game of early fb days? I miss that!**

**Farmland, not Garland**

**10/16/25, 9:29 PM**

**You sent**

**I get lots of freebees and coupons from the game.**

**10/23/25, 12:39 PM**

https://www.facebook.com/share/r/1FJvTmAegY/?mibextid=wwXIfr

https://www.facebook.com/share/r/1Ce669bET3/?mibextid=wwXIfr

https://www.instagram.com/reel/DAqyG9XNdYo/?igsh=MXV0dnM2cTJ2bHd3OQ==

**MiLady Katie!!!! I just got subpoenaed tonight. Can we talk on Sunday afternoon? And just go through a couple of things? Thanks. Bedtime, or Xanax o'clock at my house!**

**Aug 16, 2026, 11:52 AM**

**Kathleen**

**Just got outta the Rockies Milady. Went to visit Mom. Bob's dying. I'm not supposed to discuss the case. I'm so sorry you're being dragged into this honey. But all I pray is that you tell the truth of everything. Even the stuff I shared in confidence. It's all out there. You're safe now. I love you and can't wait for this to be over. ❤️🙏❤️**




Sent from my iPhone